IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

BRIAN J. SEVERSON,

    Petitioner,

v.

UNITED STATES OF AMERICA,

    Respondent.

JUDGMENT IN A CIVIL CASE

Case No.10-c-371-bbc

    This action came for consideration before the court with District Judge Barbara B. Crabb presiding. The issues have been considered and a decision has been rendered.

    IT IS ORDERED AND ADJUDGED that petitioner Brian Underwood's motion for postconviction relief 28 U.S.C. § 2255 is DENIED.

_____    7/29/10
Peter Oppeneer, Clerk of Court    Date